**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Charles Bradford Odom, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING** |
| | ) | **REPORT AND RECOMMENDATION** |
| vs. | ) | |
| | ) | |
| Kathleen Bufford, Paul Olson, Cody Trom, | ) | |
| and Days Inn Hotel, | ) | Case No. 1:06-cv-038 |
| | ) | |
| Defendants. | ) | |

The plaintiff, Charles Bradford Odom, filed this pro se civil rights action under 42 U.S.C. § 1983 on May 5, 2006. Magistrate Judge Charles S. Miller, Jr. conducted an initial review of Odom's amended complaint as mandated by 28 U.S.C. § 1915A, and submitted a Report and Recommendation. Judge Miller recommended that Odom's claim of racial discrimination against the Days Inn Hotel, Kathleen Bufford, and Bismarck Police Department Detectives Paul Olson and Cody Trom be allowed to proceed and that Odom's attempt to add the Bismarck Police Department as a party to the action be denied. Odom was then given ten (10) days to file an objection to the Report and Recommendation. No objection was filed.

The Court has carefully reviewed the Report and Recommendation, relevant case law, and the entire record and finds the Report and Recommendation to be persuasive. The Court **ADOPTS** the Report and Recommendation (Docket No. 15) in its entirety. Odom is allowed to proceed with his claim of racial discrimination against the Days Inn Hotel of Bismarck, Kathleen Bufford, Detective Paul Olson, and Detective Cody Trom. Odom is not allowed to proceed with a claim against the Bismarck Police Department. Pursuant to 28 U.S.C. § 1915(d), the Clerk of Court is directed to serve a copy of the complaint and this order on the Defendants with the assistance of the United States Marshal Service.

**IT IS SO ORDERED.**

Dated this 15th day of August, 2006.

                                                */s/ Daniel L. Hovland*
                                                Daniel L. Hovland, Chief Judge
                                                United States District Court