**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Charles Bradford Odom, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING DEFENDANT** |
| vs. | ) | **PAUL OLSON AND CODY TROM'S** |
| | ) | **MOTION FOR SUMMARY** |
| Brutger Equities, Inc., c/o Larry Brutger, | ) | **JUDGMENT** |
| Kathleen Bufor, Paul Olson, | ) | |
| and Cody Trom, | ) | |
| | ) | Case No. 1:06-cv-038 |
| Defendants. | ) | |

Before the Court is Defendants Paul Olson and Cody Trom's "Motion for Summary Judgment" filed on March 16, 2007. See Docket No. 59. The Plaintiff had thirty (30) days to file a response, with the response due by April 19, 2007. See N.D. Ct. R. 7.1(B)(2). The Plaintiff has not filed any response to the motion for summary judgment. Local Rule 7.1(C) provides that a failure on the part of an adverse party to file a brief with the Court "may be deemed an admission that, in the opinion of counsel, the motion is well taken." N.D. Ct. R. 7.1(C). Because of the Plaintiff's total failure to file a brief or any response to the pending motion, the Court **GRANTS** Defendants Paul Olson and Cody Trom's Motion for Summary Judgment (Docket No. 59).

**IT IS SO ORDERED**.

Dated this 7th day of May, 2007.

/s/ Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court