**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| Charles Odom, ) | |
| ) | |
| Plaintiff, ) | **ORDER DENYING PLAINTIFF'S** |
| ) | **MOTION TO RECONSIDER** |
| vs. ) | |
| ) | |
| Brutger Equities, Inc., c/o Larry Brutger, ) | Case No. 1:06-cv-038 |
| Kathleen Buford, Paul Olson, ) | |
| and Cody Trom, ) | |
| ) | |
| Defendants. ) | |

On May 14, 2007, the plaintiff, Charles Odom, filed a document entitled "Summary Justice is Unfair to Plaintiff and I wish to Appeal it." The Court will treat the plaintiff's submission as a motion to reconsider the Court's Order of May 7, 2007, granting summary judgment as to defendants Paul Olson and Cody Trom. (Docket No. 69).

Having carefully reviewed the record, the Court finds no basis for reversing its previous order. The Court **DENIES** the Plaintiff's motion to reconsider. (Docket No. 71).

**IT IS SO ORDERED.**

Dated this 15th day of May, 2007.

*/s/  Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court